UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY AVILA and MEZIE ODUKA,

                Plaintiffs,

    v.

DAVIS ET AL.,

                Defendants.

Case No.: 1:25-cv-03316

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE**, that Rosenberg & Estis, P.C. hereby appears as counsel for defendant HARLEM YMCA in the above-captioned action and consents to the electronic service of copies of all papers upon the undersigned at the address indicated below.

        I certify that I am admitted to practice in this Court.

Dated:  New York, New York
           June 9, 2025

                                **ROSENBERG & ESTIS, P.C.**
                                *Attorneys for Harlem YMCA*

                By:    /s/ Elizabeth M. Owen
                            Elizabeth M. Owen
                            733 Third Avenue
                            New York, New York 10017
                            (212) 867-6000
                            eowen@rosenbergestis.com