UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY AVILA and MEZIE ODUKA,

                Plaintiffs,

v.

DAVIS ET AL.,

                Defendants.

Case No.: 1:25-cv-03316

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed at 733 Third Avenue, New York, New York 10017.

2. That on **June 9, 2025**, I served **one (1)** true copy of the within **NOTICE OF APPEARANCE**, upon:

| **Jimmy Avila** | **Mezie Oduka** |
| --- | --- |
| **1412 College Avenue** | **40 Ann Street** |
| **Apt. 1B** | **New York, NY 10038** |
| **Bronx, NY 10456** | |

by Regular, First-Class Mail, with Certificate of Mailing, by giving same in individual, post-paid, properly addressed envelopes to a postal employee at a United States Post Office, in the Borough of Manhattan, City and State of New York, for processing under the exclusive care and custody of the United States Postal Service within the City and State of New York.

                                                              **Robert Rodriguez**

Sworn to before me this
9th day of June, 2025

_____
Notary Public

JEROME NASYPANY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NA0016170
Qualified in KINGS County
Commission Expires 11/11/2027

RE\87767\0645\6004197v1