UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Jimmy Avila and Mezie Oduka,

                              Plaintiffs,

          - against -

Danisha Davis; Lindsey M. Blackwell; City of New York; Symone E. Sylvester; 1412 Col LLC; Basics, Inc.; JSAF Management LLC; Breaking Ground; Harlem YMCA; Andrew B. Bittens, Esq.; Bronxworks; and Office of Mental Health,

                              Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF SERVICE**

25-cv-3316 (PAE)(KHP)

       **JAIMINI VYAS**, under penalty of perjury, declares pursuant to 28 U.S.C. § 1746 that on June 17, 2025, I mailed the Acknowledgment of Receipt by Mail of Summons and Complaint attached hereto to the United States Marshals Service, Southern District of New York, at 500 Pearl Street, Suite 400, New York, NY 10007, as well as true and correct copies of that Acknowledgement to Jimmy Avila at 1412 College Avenue, Apt 1B, Bronx, NY 10456 and Mezie Oduka at 40 Ann Street, New York, NY 10038 by depositing said documents in securely-sealed, postage-paid, properly addressed envelopes in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated:       June 17, 2025
               New York, New York

**MURIEL GOODE-TRUFANT**
*Corporation Counsel of the City of New York*
Attorney for City Defendants
100 Church Street
New York, N.Y. 10007
Office: 212-356-2079
jvyas@law.nyc.gov

_____
Jaimini A. Vyas
*Assistant Corporation Counsel*

Att.