UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Jimmy Avila and Mezie Oduka,

                                           Plaintiffs,

- against -

Danisha Davis; Lindsey M. Blackwell; City of New York; Symone E. Sylvester; 1412 Col LLC; Basics, Inc.; JSAF Management LLC; Breaking Ground; Harlem YMCA; Andrew B. Bittens, Esq.; Bronxworks; and Office of Mental Health,

                                           Defendants.

**DECLARATION OF SERVICE**

25-cv-3316 (PAE)(KHP)

------------------------------------------------------------------------ x

       **DAVID KAPLAN**, under penalty of perjury, declares pursuant to 28 U.S.C. § 1746 that on July 14, 2025, I mailed City Defendants' attached letter request—to apprise the Court of City Defendants' intention to move to dismiss the claims against them at the pre-motion teleconference scheduled by this Court's June 30, 2025 Order at ECF 29 for July 24, 2025 at 12:00 p.m., and additionally, to join co-Defendants' requests to (1) adjourn *sine die* the deadline to file the Proposed Case Management Plan ("CMP"), currently due on July 14, 2025; and (2) stay discovery pending the outcomes of the Parties' anticipated Motions to Dismiss—to Jimmy Avila at 1412 College Avenue, Apt 1B, Bronx, NY 10456 and Mezie Oduka at 40 Ann Street, New York, NY 10038 by causing true copies of the aforesaid document enclosed in postpaid envelopes to be deposited with the United States Postal Service within the State of New York.

Dated:      July 14, 2025
               New York, New York

        **MURIEL GOODE-TRUFANT**
        *Corporation Counsel of the City of New York*
        Attorney for City Defendants
        100 Church Street
        New York, N.Y. 10007
        Office: 212-356-1175
        dakaplan@law.nyc.gov


        /s/David Kaplan_____
        David Kaplan
        *Assistant Corporation Counsel*

Att.