**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

JIMMY AVILA, et al.

                                                    Plaintiffs,                  **25-CV-3316 (PAE) (KHP)**

              -against-                                 **SCHEDULING ORDER**

DANISHA DAVIS, et al.,

                                                   Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        On July 24, 2025, the parties appeared for an Initial Case Management Conference. Upon consideration of the parties' filings and positions, the Court orders the following:

        **Pleadings, Parties, and Motions.** The Plaintiffs' requests to amend the complaint (ECF Nos. 52, 68) are GRANTED. The Plaintiffs shall file an amended complaint on or before August 24, 2025. No further amendments or joinder of parties thereafter absent good cause. The Plaintiffs may file a letter requesting consolidation of this action with any related cases on or before **August 25, 2025**. Defendants shall file any motions to dismiss, without the need to file a pre-motion conference letter, on or before **September 25, 2025**. Plaintiffs' opposition shall be due on or before **October 27, 2025**. The Defendants' replies will be due **November 10, 2025**.

        **Discovery.** Discovery shall remain stayed during the pendency of the motions to dismiss, pending further order of the Court.

        **Discovery Disputes.** If and/or when the discovery stay is ordered to end by the Court, the parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

**Case Management Conference.** A case management conference is hereby scheduled for **September 15, 2025, at 10:00 a.m.,** to take place telephonically. The parties shall dial in at +1 646-453-4442, 39555660# at the appointed time.

As discussed on the record, the Court will reach out to the pro se office to see if there is any attorney that may be able to assist the Plaintiffs.

**Consent to Electronic Service of Documents.** Parties may consent to receive documents electronically by filling out the Consent to Electronic Service Form and returning it to the Pro Se Office. The Form is available at:

https://www.nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf.

**The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiffs.**

**SO ORDERED**.

Dated: July 25, 2025
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge