

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jaimini A. Vyas**
*Assistant Corporation Counsel*
212-356-2079
jvyas@law.nyc.gov

August 15, 2025

**BY ECF**

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York, Courtroom 17D
500 Pearl Street
New York, NY 10007

    Re:  *Avila et ano. v. Davis et al.*, 25-cv-3316-PAE-KHP

Dear Judge Parker:

    This office represents Defendants City of New York and Symone Sylvester, Esq., an attorney at New York City Housing Preservation and Development (collectively, "City Defendants") in the above-referenced action. I respectfully write regarding the Court's August 12, 2025 Order (ECF 73) requesting information from Stuart Adler, Esq., based on an April 11, 2025 order issued by the Honorable Omer Shahid of the New York City Civil Court, Housing Part, County of Bronx, in *Jimmy Avila v. 1412 Col LLC et al.*, index no. LT-001116-24/BX appointing Mr. Adler as guardian ad litem to Plaintiff Avila. ECF 1 at 29 to 31.

    On April 21, 2025, Judge Shahid issued a corrected order appointing Mr. Jonathan Ruben as guardian ad litem to Plaintiff Avila. Dkt. 38, *Avila*, LT-001116-24/BX. A copy of this order is attached as Exhibit A to this letter.

    On August 13, 2025 at 12:28 p.m., I telephoned Mr. Ruben at 917-797-6719 and learned that he is not an attorney, the scope of his guardianship of Mr. Avila is limited to the housing court matter *Avila*, LT-001116-24/BX, and that he is not familiar with federal court procedure. Since, in this case as in *Avila*, LT-001116-24/BX, Plaintiffs attempt to allege grievances related to conditions of habitability, *see* ECF 1 at 10, the Court may consider a guardian for Mr. Avila pursuant to F.R.C.P. 17(c)(2).

    Thank you for Your Honor's consideration of this letter.

                                  Respectfully submitted,

                                  /s/ Jaimini Vyas
                                  Jaimini A. Vyas
                                  *Assistant Corporation Counsel*

cc:    Plaintiffs Jimmy Avila and Mezie Oduka (via e-mail and ECF)
       All counsel of record (via ECF)