USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/21/2025

Mr. Oduka's claims have been severed per the Court's order at ECF No. 79. The Clerk of the Court is respectfully directed to file ECF No. 80 in the newly filed action, No. 25-cv-6875, and to mail this endorsement (as well as ECF No. 79) to Mr. Oduka's address on the docket.

SO ORDERED: 08/21/2025

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Manhattan, New York City, New York State 10007-1312

Re: Jimmy Avila, Mezie Oduka v. BASICS, INC. et al. Case Number: 1:2025-cv-03316

Dear Honorable Katherine H. Parker,

Monday, 28th. July, 2025
09:15 a.m. e.s.t.
I went to **columbia university law school litigation clinic** to seek assistance with my complaint i was told that the students are not in session

Tuesday, 29th. July, 2025
09:10 a.m. e.s.t.
I went to **new york university law school disability rights and justice clinic, eviction defense and tenant protection clinic** to seek assistance with my complaint i was told that they are not in session

Wednesday, 30th. July, 2025
09:08 a.m. e.s.t.
I went to **new york law school pro bono scholars program** to seek assistance with my complaint i was told that the program is not in session

Thursday, 31st. July, 2025
09:05 a.m. e.s.t.
I went to **saint john's university law school economic justice clinic** to seek assistance with my complaint i could not get to speak to anyone from the program

Friday, 01st. August, 2025
09:20 a.m. e.s.t.
I went to **city university of new york law school community & economic development clinic, disability & aging justice clinic, economic justice project, equality & justice practice & In-House Clinic** to seek assistance with my complaint no one was in session

Monday, 04th. August, 2025
09:10 a.m. e.s.t.
I went back to **columbia university law school litigation clinic** to seek assistance with my complaint no one in session

Tuesday, 05th. August, 2025
09:08 a.m. e.s.t.
I went back to **new york university law school disability rights and justice clinic, eviction defense and tenant protection clinic to seek assistance with my complaint i was not able to speak to anyone**

Wednesday, 06th. August, 2025
09:15 a.m. e.s.t.
I went back to **new york law school pro bono scholars program to seek assistance with my complaint i was not able to speak to anyone**

Thursday, 07th. August, 2025
09:20 a.m. e.s.t.
I went back to **saint john's university law school economic justice clinic to seek assistance with my complaint i was not able to speak to someone**

Friday, 08th. August, 2025
09:10 a.m. e.s.t.
I went back to **city university of new york law school community & economic development clinic, disability & aging justice clinic, economic justice project, equality & justice practice & In-House Clinic to seek assistance with my complaint i was not able to speak with anyone**

Monday, 11th. August, 2025
09:05 a.m. e.s.t.
Searching for legal assistance for my complaint on the internet at the public library

Tuesday, 12th. August, 2025
09:20 a.m. e.s.t.
I went to saint francis church as seen on the internet at the public library for legal assistance was

Your Honor i am still searching and willing to search for legal assistance with my complaint i do appreciate your support

Respectfully

*Mezie Oduka* (signature)
Mezie Oduka

State of New York
County of New York
Sworn to before me this AUG 1 8 2025
___ day of _____ 20__

JUN SITU
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO 04SI0038540
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 17, 2029